THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Gensing George
 Cokley, Appellant.
 
 
 

Appeal From York County
 Steven H. John, Circuit Court Judge
Unpublished Opinion No.  2008-UP-203
Submitted March 3, 2008  Filed March 24,
 2008
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III , South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Gensing George Cokley appeals his convictions and sentences for murder,
 attempted armed robbery, possession of a firearm during the commission of a
 violent crime, and conspiracy.  Cokleys counsel attached to the brief a petition to be relieved
 as counsel, stating that he had reviewed the record and concluded this appeal
 lacks merit.  Cokley filed a separate pro se brief.  After a
 thorough review of the record, counsels
 brief, and Cokleys pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HUFF,
 KITTREDGE, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.